UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABRINA GENE COHN,<br><br>      Plaintiff,<br><br> v.<br><br>LAKE STEVENS POLICE DEPARTMENT, CRYSTAL KOLOMAYZA, MICHAEL HINGTGEN, MATTHEW WALTER, CHAD WELLS,<br><br>      Defendants. | CASE NO. **2:25-cv-01914-LK**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) under 28 U.S.C § 1915(a)(1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 6th day of October, 2025.

                _____
                BRIAN A. TSUCHIDA
                United States Magistrate Judge